# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 24-338-KD-MU |
| OFFICER E. MOSSOW, | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the Northern District of New York.

**DONE** this 21st day of October 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE